IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 1 0 2007

JOHN F. CORCORAN, CLERK
BY: /s/ Brult
DEPUTY CLERK

| | | |
|---|---|---|
| JAMES WESLEY MORGAN, | ) | |
|     Petitioner, | ) | Civil Action No. 7:06CV00652 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| GENE M. JOHNSON, DIRECTOR, | ) | By: Hon. Glen E. Conrad |
|     Respondent. | ) | United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

## ORDERED

as follows:

1. The petitioner's motion for summary judgment shall be and hereby is **DENIED**;

2. The respondent's motion to dismiss shall be and hereby is **GRANTED**; and

3. This action shall be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner.

ENTER: This 10th day of January, 2007.

/s/ Glen E. Conrad
United States District Judge